Law Offices of Travis Gagnier, Inc., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Honorable Mary Jo Heston
CHAPTER 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

**WEBB, Hughie Lee Jr.,**

Debtor

No. 23-41529

***EX PARTE* APPLICATION TO APPOINT JOHNSON LAW GROUP AS SPECIAL COUNSEL FOR DEBTOR and PROOF OF SERVICE**

COMES NOW, Law Offices of Travis Gagnier, Inc., P.S., Attorney for the Debtor, and applies to the Court for the appointment of Johnson Law Group as special counsel.

1. This case was filed on September 8, 2023, and Michael G. Malaier was appointed the Chapter 13 Trustee.
2. The assistance of Johnson Law Group is necessary to represent the Debtor regarding a class action lawsuit against 3M Combat Arms Earplugs, which caused Debtor bodily injury.
3. The Debtor signed the June 23, 2020, Employment Agreement from Johnson Law Group regarding this matter. A copy of the Employment Agreement is attached to counsel's Declaration.
4. Neither Dana Lizik nor Johnson Law Group hold an adverse interest to the Debtor, any creditor, or other party in interest or their respective attorneys or accountants and represents no interest adverse to the estate and are not creditors in this estate.

APPLICATION TO EMPLOY SPECIAL COUNSEL AND PROOF OF SERVICE - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 23-41529-MJH    Doc 31    Filed 01/22/24    Ent. 01/22/24 09:16:07    Pg. 1 of 2

WHEREFORE, it is requested that this court enter into an Order appointing Johnson Law Group as special counsel.

Dated this 22nd day of January 2024.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

I declare under penalty of perjury that I served a true copy of this pleading along with a copy of the Declaration of Dana Lizik in Support of Employment as Special Counsel and a copy of the Order regarding this matter to: Chapter 13 Trustee via ECF on the date set forth above.

/s/ Shari L. Moody
Shari L. Moody, Sr. Paralegal

APPLICATION TO EMPLOY SPECIAL COUNSEL AND PROOF OF SERVICE - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 23-41529-MJH    Doc 31    Filed 01/22/24    Ent. 01/22/24 09:16:07    Pg. 2 of 2